UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-cr-00068-01 |
| VERSUS | CHIEF JUDGE HICKS |
| DUAN ROSENTHAL (01) | MAGISTRATE JUDGE HAYES |

## O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Bill of Information.

THUST DONE AND SIGNED in Shreveport, Louisiana, this 27th day of March, 2018.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE